# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 2, 2019

## NO. 03-19-00165-CV

**David Dumais, Appellant**

**v.**

**Charles Haggas and Space Chimp, Inc., Appellees**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, SMITH, AND SHANNON**
**AFFIRMED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the order signed by the trial court on January 30, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.